**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| **EVERY PENNY COUNTS, INC.** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 2:07-CV-42-JES-SPC** |
| | ) | |
| **BANK OF AMERICA CORPORATION,** | ) | |
| **BANK OF AMERICA, N.A.,** | ) | |
| **AND VISA U.S.A., INC.** | ) | |
| **Defendants** | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT VISA ONLY**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Every Penny Counts, Inc. ("EPC"), hereby provides notice of the dismissal of its claims against Defendant Visa U.S.A., Inc. ("Visa") only, without prejudice, and with each party to bear its own costs and attorney's fees. EPC bases this dismissal on the affidavit of Jack Yang, Vice President and Senior Counsel for Visa, which was originally submitted with Defendant Visa's Motion to Dismiss, filed April 5, 2007, and is attached hereto as Exhibit A. In the affidavit, Mr. Yang states that Visa is not "involved in the marketing, administering, or operation of KTC [the Keep the Change program]." (Ex. A, Yang Aff. ¶ 8.)

TA.162232.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

HARVEY S. KAUGET (#116254)
KARL J. BRANDES (#0329797)
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
Telephone: (813) 472-7550
Telecopy: (813) 472-7570
E-mail: kaugeth@phelps.com
E-mail: brandesk@phelps.com

and

PHELPS DUNBAR LLP
Brent B. Barriere (#2818)
David L. Patron (#22566)
Harry M. Barton (#29751)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 566-1311
Telecopy:   (504) 568-9130
E-mail: barrierb@phelps.com
E-mail: patrond@phelps.com
E-mail: bartonh@phelps.com

COUNSEL FOR EVERY PENNY COUNTS, INC.

TA.162232.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____
Harvey S. Kauget