# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EVERY PENNY COUNTS, INC.,                    )
                                             )
                 Plaintiff,                  )
                                             )
vs.                                          )        Case No. 2:07-CV-00042-JES
                                             )        Judge Steele
                                             )
BANK OF AMERICA CORPORATION,                 )
BANK OF AMERICA, N.A., AND                   )
VISA U.S.A. INC.,                            )
                 Defendants.                 )

## AFFIDAVIT OF JACK YANG

Jack Yang, being duly sworn under oath, deposes and states as follows:

1.      My name is Jack Yang. I am employed by Visa U.S.A. Inc. ("Visa") as Vice President

and Senior Counsel.

2.      I have personal knowledge of the facts set forth herein and am competent to testify with

respect thereto.

3.      Visa is a non-stock, membership corporation incorporated under the laws of the state of

Delaware. Currently, Visa is owned by approximately 13,000 financial institutions located

throughout the United States. These entities are known as Visa's members.

4.      Visa's principal place of business is in San Mateo County, California.

5.      Visa itself does not issue payment cards, and is not involved at the consumer level of

payment card transactions. Rather, Visa's members solicit consumers and issue their own cards

under Visa's neutral trademark, and Visa's members independently decide the terms and

conditions of credit extensions, the number of cards issued, and the interest rates and fees charged. Visa, on the other hand, acts as an umbrella organization to its members, provides general advertising services, technology to process bank programs, and regulates and coordinates members' programs through rules and by-laws adopted by its board of directors. These rules and by-laws cover a range of issues: trademark usage, dispute resolution, termination and confidentiality, to name a few.

6.     Visa did not develop and does not control the "Keep The Change" program ("KTC"), and has not otherwise used, offered to sell, sold, or imported KTC.

7.     Visa does not provide any services relating to KTC to customers who are enrolled in KTC. Nor does Visa issue or approve the issuance of debit cards used by customers who participate in KTC.

8.     Visa has no special contract with Bank of America, N.A. concerning KTC. Nor is Visa involved in the marketing, administering, or operation of KTC.

9.     Visa is not licensed to conduct business in the State of Florida. Visa does not have a registered agent in the State of Florida. Also, Visa does not have any employees or sales representatives, property, bank accounts, assets, or a mailing address in the State of Florida.

10.     Visa has not manufactured, imported, used, offered for sale, or sold any product in the State of Florida.

11.     Visa's processing of all domestic debit card transactions occurs in one of Visa's processing centers located Colorado or Virginia. Visa does not process any debit card transactions in the State of Florida.

Case 2:07-cv-00042-JES-SPC    Document 32-2    Filed 04/05/2007    Page 3 of 3

FURTHER AFFIANT SAYETH NOT

Jack Yang of Visa U.S.A. Inc.

Sworn and subscribed before

me this 5th day of April, 2007:

Notary Public

My commission expires: 4-30-2010

SHEILA SPRINGS
Commission # 1662522
Notary Public - California
San Mateo County
My Comm. Expires Apr 30, 2010