```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION


EVERY PENNY COUNTS, INC.,

                Plaintiff,

vs.                                    Case No.  2:07-cv-42-FtM-29SPC

BANK OF AMERICA CORPORATION; VISA
USA, INC.,

                Defendants.
_____
```

**ORDER**

This matter comes before the Court plaintiff's Notice of Voluntary Dismissal as to Defendant VISA Only (Doc. #35), filed April 19, 2007. Plaintiffs seek to dismiss all claims against defendant VISA USA, Inc. only based on the attached Affidavit. No answer or motion for summary judgment has been filed by this defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1), defendant VISA USA, Inc. is **dismissed** without prejudice with each party to bear their own attorneys' fees and costs. The Clerk shall withhold the entry of judgment until the conclusion of the case but terminate this defendant on the docket.

2.   The Clerk is further directed to terminate as moot defendant VISA USA, Inc.'s Motion to Dismiss, or in the Alternative to Transfer Venue (Doc. #32).

**DONE AND ORDERED** at Fort Myers, Florida, this   23rd   day of April, 2007.

*[signature: John E. Steele]*

JOHN E. STEELE
United States District Judge

Copies:
Counsel of record