# EXHIBIT A

I IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| EVERY PENNY COUNTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:07-CV-00042-JES |
| | ) Judge Steele |
| BANK OF AMERICA CORPORATION AND | ) |
| BANK OF AMERICA, N.A., | ) |
| Defendants. | ) |

## DECLARATION OF CASEY WEIDENMILLER

I, Casey K. Weidenmiller, declare as follows:

1. I am over twenty-one (21) years of age, and am competent to give this Declaration.

2. I am a partner at the law firm of Salvatori & Wood, P.L located at 4001 Tamiami Trail North, Suite 330, Naples, FL 34103.

3. I am a member of the Florida bar in good standing.

4. I have been retained as local counsel for Bank of America Corporation and Bank of America N.A. (collectively "Defendants") in the above captioned matter.

5. My office normally handles the electronic filings for the Defendants in the above captioned matter.

6. In accordance with this practice, my office intended to electronically file all of Defendants' documents on April 1, 2008.

7. On April 1, 2008, after filing multiple documents, my office experienced a technical computer problem which prevented access to the Middle District of Florida ECF filing system from the computer system at the offices of Salvatori & Wood.

8. This problem prevented me from filing the remaining documents for Defendants.

9. I contacted Latham and Watkins ("Latham"), lead counsel for Defendants, to complete the electronic filings from another office.

10. By telephone, I assisted Latham with the electronic filing process, including providing directions to Defendants' Counsel on how to electronically file documents. These directions were provided from memory, as I was unable to access the Middle District of Florida CM/ECF filing system.

11. Latham told me that after attaching the exhibits to one of the motions and attempting to move to the next screen, the Middle District of Florida EMF filing system website crashed.

12. I instructed Latham to divide the exhibits on the remaining motions into multiple parts so that each exhibit contained fewer megabytes.

13. After dividing up the exhibits into multiple parts, it was possible to file the remaining motions.

I declare under penalty of perjury that the foregoing is true and correct and that the statements made upon information and belief are believed by me to be true.

Executed this 14th day of April, 2008 in Naples, Florida.

_____
Casey K. Weidenmiller
Florida Bar No. 0521035
Salvatori & Wood, P.L.
4001 Tamiami Trail North, Suite 330
Naples, Florida 34103
Tel: 239-263-1480
Fax: 239-261-2532