UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EVERY PENNY COUNTS, INC.,

        Plaintiff,

vs.                                    Case No. 2:07-cv-42-FtM-29SPC

BANK OF AMERICA CORPORATION; and
BANK OF AMERICA, N.A.,

        Defendants.
_____

BANK OF AMERICA, N.A.,

        Plaintiff,

vs.                                    Case No. 2:07-cv-704-FtM-29SPC

SIP ASSETS, LLC; EVERY PENNY COUNTS,
INC.,

        Defendants.
_____

**ORDER**

This matter comes before the Court on review of Bank of America's Motion to Consolidate Cases filed in the two captioned cases. (Docs. ## 92, 41.) In 2:07-cv-704, the mediator filed a Report (Doc. #71) indicating that a settlement had been reached as between SIP Assets, LLC and Every Penny Counts, Inc. subject to a written agreement being entered. In 2:07-cv-42, the Court issued an Opinion and Order (Doc. #174) on the pending Markman issues. As a result, the latter case will have new scheduling deadlines established that may be prejudicial to Bank of America's case if consolidation is granted.

Accordingly, it is now

**ORDERED**:

In light of recent events, the parties shall notify the Court by joint status report to be filed within **TEN (10) DAYS** of this Order, whether consolidation is still sought.

**DONE AND ORDERED** at Fort Myers, Florida, this ___1st___ day of October, 2008.

JOHN E. STEELE
United States District Judge


Copies:
Counsel of record